Case No.  CV 10-1402-JST (PLAx)                                                      Date:  May 4, 2011
Title:  ING BANK, FSB v. ALEXANDER NIKOLAYCHUK, etc., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

|  Ellen Matheson  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                          Not Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE A MEMORANDUM OF CONTENTIONS OF FACT AND LAW**

     On December 1, 2010, the Court issued an Order on Court Trial that ordered the parties to file a Memorandum of Contentions of Fact and Law no later than twenty-one (21) days before the Final Pretrial Conference. (Order on Court Trial, Doc. 48.) To date, the Court has not received a Memorandum of Contentions of Fact and Law from any party.

     Accordingly, the Court orders all counsel to show cause why the Court should not dismiss this matter, enter default, and/or impose sanctions for counsel's failure to timely file the referenced trial document.  No later than **May 6, 2011 at 12:00 p.m.**, counsel shall file the document and a separate written response explaining their disregard of the Court's Order on Court Trial.

                                              Initials of Preparer:  enm